# Court of Appeals
# of the State of Georgia

ATLANTA,___June 04, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1377.  FULCRUM LOAN HOLDINGS, LLC et al. v. KENNEDY FUNDING FINANCIAL, LLC et al.**

On May 27, 2014, appellants in the above-referenced appeal filed a motion with this Court, indicating that the case has been resolved and, thus, requesting that the appeal be dismissed. Having considered appellants' motion, it is hereby granted. Accordingly, the above-referenced appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*